**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SA CV 22-00393-DOC-DFM                                   Date: May 25, 2022

Title: ZURICH AMERICAN INSURANCE COMPANY V. B C RENTALS, INC. ET AL.

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Karlen Dubon | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**     **ORDER RE: ORDER TO SHOW CAUSE [17]**

Plaintiff Zurich American Insurance Company has until June 6, 2022 at 12 pm to show cause why the action should not be dismissed for lack of prosecution.

The Clerk shall serve this minute order on the parties.

Initials of Deputy Clerk: kdu

MINUTES FORM 11
CIVIL-GEN