1  LINCOLN V. HORTON (SBN 165238)
   HORTON VILLAGE LAW GROUP, APC
2  lhorton@hortonvillagelaw.com
   16236 San Dieguito Road, Suite 5-24
3  P.O. Box 9181
   Rancho Santa Fe, CA 92067
4  Telephone: 858.832.8685

5  Attorneys for Plaintiff/Counter-Defendant
   ZURICH AMERICAN INSURANCE COMPANY
6

7  ADAM S. HAMBURG (SBN 247127)
   VORYS, SATER, SEYMOUR AND PEASE LLP
8  ashamburg@vorys.com
   4675 MacArthur Court, Suite 700
9  Newport Beach, CA 92660
   Telephone 949.526.7903
10

11 Attorneys for Defendants/Counterclaimants B C RENTALS, INC.; BC RENTALS,
   LLC; CLEAR WATER SERVICES, INC.; INFRASTRIPE, LLC;
12 INFRASTRIPE ACQUISITIONS, INC.

13                  UNITED STATES DISTRICT COURT

14          CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

15

| | |
|---|---|
| 16  ZURICH AMERICAN INSURANCE COMPANY, | Case No. 8:22-cv-00393-DOC-DMB |
| 17 | **STIPULATION FOR ORDER EXTENDING MOTION HEARING DEADLINE** |
| 18              Plaintiff, | |
| 19         v. | |
| 20  B C RENTALS, INC.; BC RENTALS, LLC; CARSON EQUIPMENT CORPORATION; CLEAR WATER SERVICES, INC.; INFRASTRIPE, LLC; INFRASTRIPE ACQUISITIONS, INC. and DOES 1 to 10, inclusive, | |
| 21 | Judge:  Hon. David O. Carter |
| 22 | Ctrm.:  10 A |
| 23              Defendants. | **New Requested Motion Hearing Cut-Off:  January 31, 2023** |
| 24 | |
| 25  And related cross-action. | Complaint: March 14, 2022 |
| 26 | |

27

28

Plaintiff and Counter-Defendant ZURICH AMERICAN INSURANCE COMPANY ("Plaintiff" or "Zurich") and Defendants and Counterclaimants B C RENTALS, INC., BC RENTALS, LLC, CLEAR WATER SERVICES, INC., INFRASTRIPE, LLC, and INFRASTRIPE ACQUISITIONS, INC. (collectively "Defendants" or "B C Rentals") hereby submit the following Stipulation for Order Extending Motion Hearing Deadline:

1.     On September 14, 2022, the Court entered its Scheduling Order in this matter. [Doc. 37].

2.     The deadline set in the Scheduling Order for completion of percipient discovery was December 9, 2022.

3.     The deadline in the Scheduling Order for the hearing of all motions (other than motions in limine) is Tuesday, January 17, 2023.

4.     The Court only hears civil motions on Mondays.

5.     The last Monday before the motion hearing cut-off per the Scheduling Order is January 16, 2023, which is a court holiday for Martin Luther King Day.

6.     The parties have worked diligently to complete percipient discovery. All percipient depositions have been completed.

7.     The parties have supplemental written discovery requests that they are working to resolve, but need a little more time to do so.

8.     Additionally, as a result of the percipient discovery completed, Zurich contends that there is a basis for a motion for summary judgment as to its single cause of action breach of contract complaint for non-payment of insurance premium due after a post-policy audit.  Defendants do not contest the accuracy of the audit, but only assert they are entitled to a setoff for damages alleged in their counterclaim.  If Zurich's motion for summary judgment is granted, the complaint would be resolved entirely and the only matter remaining to be resolved would be the Defendants' counterclaim.

9.     Based on the above, the interests of justice and judicial

efficiency/economy warrant the extension of the motion hearing cut-off for both the planned motion for summary judgment by Zurich and any discovery motion (if the parties are not able to work out the remaining issues) for 2 weeks until January 31, 2023.

10.     As to the parties, this short requested continuance of the motion hearing deadline will not impact the current trial date of March 7, 2023.


IT IS SO STIPULATED


Dated:  December 14, 2022          HORTON VILLAGE LAW GROUP, APC.


                                   By:  /s/ Lincoln V. Horton
                                     LINCOLN HORTON
                                     Attorney for Plaintiff/Counter-Defendant
                                     ZURICH AMERICAN INSURANCE
                                     COMPANY


DATED:  December 14, 2022          VORYS, SATER, SEYMOUR AND PEASE LLP


                                   By:  /s/ Adam S. Hamburg
                                     ADAM S. HAMBURG
                                     Attorneys for
                                     Defendants/Counterclaimants B C
                                     RENTALS, INC., BC RENTALS, LLC,
                                     CLEARWATER SERVICES, INC.,
                                     INFRASTRIPE LLC, INFRASTRIPE
                                     ACQUISITIONS, INC.